IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL DUANE MARLIN,
REG. #08387-003                                                                                  PLAINTIFF

2:05CV00146 SWW/HDY

RICHIE MARQUEZ, et al.                                                                      DEFENDANTS

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed.

DATED this 23rd day of February 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE